UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRA GROSSMAN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.**, et al.,<br><br>Defendants. | Civil Action No. 13-2034 (JDB) |

# ORDER

This case has been stayed pending the outcome of the appeal in a related case before the United States Court of Appeals for the District of Columbia Circuit. See Jan. 14, 2014 Minute Order (staying case "until 30 days after the D.C. Circuit's decision in the related case, In re: APA Assessment Fee Litig., No 13-7032 (D.C. Cir., filed Feb. 26, 2013)"). The appeal in that related case has concluded, and the case has returned to this Court on remand. See In re APA Assessment Fee Litig., 766 F.3d 39 (D.C. Cir. 2014). Currently before the Court is [29] the parties' joint motion to stay proceedings. Upon consideration of this motion, and the entire record herein, it is hereby

**ORDERED** that [29] the joint motion to stay proceedings in this case is **GRANTED**; it is further

**ORDERED** that all proceedings in this case are **STAYED** until January 16, 2015; it is further

**ORDERED** that the status hearing currently scheduled for November 21, 2014, is **CANCELLED**, and it is further

1

**ORDERED** that the parties shall submit a joint status report to the Court by not later than January 9, 2015; if settlement attempts have failed, the status report shall include a proposed schedule regarding defendants' response to plaintiffs' amended complaint, the conduct of discovery, class certification, and any other matter the parties deem necessary.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  October 17, 2014